**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 08 C 6587 |
| v. | )<br>) |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE,** and **FTN FINANCIAL SECURITIES CORPORATION,** | ) Honorable James B. Zagel<br>)<br>)<br>) |
| Defendants, Third-Party Plaintiffs | )<br>)<br>) |
| v. | )<br>) |
| **PHILIP M. BLOOM, ERIC A. BLOOM, AND CHARLES K. MOSLEY,** | )<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, September 24, 2009 at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Trustee's Motion to Sever and Stay**, at which time and place you may appear if you see fit.

| | |
|---|---|
| Dated: September 18, 2009 | Respectfully submitted, |
| | FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust |
| J. Kevin McCall (ARDC # 3125685)<br>Chris C. Gair (ARDC # 6190781)<br>Jeffrey S. Eberhard (ARDC # 6276471)<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave.<br>Chicago, IL  60611<br>Phone: (312) 222-9350 | By:  */s/ Jeffrey S. Eberhard*<br>      One of his attorneys |

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Eberhard, an attorney, hereby certify that on September 18, 2009, I caused copies of the **Trustee's Motion to Sever and Stay** to be served by ECF on:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Corey B. Rubenstein
Stetler & Duffy, Ltd.
11 S. LaSalle Street, Suite 1200
Chicago, Illinois 60603
cruben@stetleranduffy.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

Terence H. Campbell
Cotsirilos Tighe & Streicker Ltd.
33 N. Dearborn St., Suite 600
Chicago, Illinois 60602
tcampbell@cotsiriloslaw.com

William B. Sullivan
Martin Brown & Sullivan Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com

Stephen I. Peck
Law Offices of Stephen Peck
105 W. Madison St., Suite 700
Chicago, Illinois 60602-4669

*/s/ Jeffrey S. Eberhard*