# EXHIBIT B

### Filed Under Seal

EXHIBIT FILED UNDER SEAL  PURSUANT TO
PROTECTIVE ORDER ENTERED JUNE 5, 2009 (DKT. #88).