# EXHIBIT Q

## Eric No bloom

From: Eric No bloom
Sent: 2/28/2007 3:40:35 PM
To: Eric Bloom;
Cc:
Bcc:
Subject: Fwd: do you want to meet at tavern?
Attachments: Mail.msg;

Deposition Exhibit # 22
Defendant's
L. Hansen 5/25/10

TQ4851640

## "MARK SILVERS, JEFFERIES & CO., INC"

**From:** "MARK SILVERS, JEFFERIES & CO., INC" <silvers@bloomberg.net>
**Sent:** 2/28/2007 3:22:04 PM
**To:** Charles Mosley;
**Cc:**
**Bcc:**
**Subject:** do you want to meet at tavern?

do you want to meet at tavern?
Reply: are you downtown?
Reply:
not yet - i have a limo so we should be there by 4:30
Reply: is today the bloomberg scotch party?
Reply:
yes
Reply: im an idiot... I forgot to sign up for that.. jeff
even reminded me about that.... but yeah i'll meet you until
you head out for that.....
Reply:
cool - fyi we signed up extra people so the option is there if
you want to go im in jeans... but ill see you at tavern 4:30

TQ4851641

# Eric No bloom

**From:** Eric No bloom
**Sent:** 3/8/2007 9:05:38 AM
**To:** Eric Bloom;
**Cc:**
**Bcc:**
**Subject:** Fwd: we are having a golf outing in phila. merion golf club all day
**Attachments:** Mail.msg;

TQ3340530

## "DOLI RODRIGUEZ, COHEN BROS. & COMPAN"

**From:** "DOLI RODRIGUEZ, COHEN BROS. & COMPAN" <drodriguez17@bloomberg.net>
**Sent:** 3/8/2007 9:05:16 AM
**To:** Charles Mosley;
**Cc:**
**Bcc:**
**Subject:** we are having a golf outing in phila. merion golf club all day

we are having a golf outing in phila. merion golf club all day
on monday may 7th...let me know if u are interested and we
will send u the invite..thks very much, doli
Reply:
I am in as well as Jeff
Reply:
go dudes...i invited eric as well for ur info ...it is a very
nice club one of the top 7 in the country ..outside of
phila..let us know if u need place to stay ..we have discounted
rates i hope at some hotels... i have to ask about some of barr
y's swaps can resend .. his bids on the alesco paper are good.
. and let me know on new alesco single a and bbb alotments..they
pushed back talk on bbb to 250 3x over .single a +115..thks

TQ3340531

# Eric No bloom

**From:** Eric No bloom
**Sent:** 4/12/2007 10:26:54 AM
**To:** Eric Bloom;
**Cc:**
**Bcc:**
**Subject:** Fwd: HOW DOES THE END OF MAY LOOK FOR VEGAS?
**Attachments:** Mail.msg;

TQ5064527

## "MARK SILVERS, JEFFERIES & CO., INC"

**From:** "MARK SILVERS, JEFFERIES & CO., INC" <silvers@bloomberg.net>
**Sent:** 4/12/2007 10:26:38 AM
**To:** Charles Mosley;
**Cc:**
**Bcc:**
**Subject:** HOW DOES THE END OF MAY LOOK FOR VEGAS?

HOW DOES THE END OF MAY LOOK FOR VEGAS?
Reply:
looks pretty good..... have to check with the boss, but i think im pretty clear.... have you checked hotel rates? ill do that now.

TQ5064528

## Eric No bloom

**From:** Eric No bloom
**Sent:** 5/2/2007 9:08:24 AM
**To:** Eric Bloom;
**Cc:**
**Bcc:**
**Subject:** Fwd: FW: golf outing sentinel
**Attachments:** Mail.msg;

TQ3748766

## "DOLI RODRIGUEZ, COHEN BROS. & COMPAN"

**From:** "DOLI RODRIGUEZ, COHEN BROS. & COMPAN" <drodriguez17@bloomberg.net>
**Sent:** 5/2/2007 9:07:36 AM
**To:**
**Cc:**
**Bcc:** Eric No bloom; Eric No bloom;
**Subject:** Fwd: FW: golf outing sentinel
**Attachments:** 52638160.HTM;

----- Original Message -----
From: Doli Rodriguez <drodriguez@cohenandcompany.com>
At: 5/02 10:03:35

From: Chambliss, Sheila
Sent: Tuesday, May 01, 2007 3:52 PM
To: Rodriguez, Doli
Subject: RE: golf outing sentinel
Boston Coach has been reserved for Charles Mosley and Jeff Logan for Sunday, May 6 at 11 pm for the airport. Conf #: 05063590 The reservation is in Mr. Mosley's name. Should they run into any problems, Boston Coach number is 800 672 7676.
SHEILA E. CHAMBLISS
Cohen & Company
Cira Centre
2929 Arch Street, 17th Floor
Philadelphia, PA 19104
P: 215.701.9631
F: 215.701.8280
E: schambliss@cohenandcompany.com
<mailto:schambliss@cohenandcompany.com>
This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Confidential, proprietary or time-sensitive communications should not be transmitted via the Internet, as there can be no assurance of actual or timely delivery, receipt and/or confidentiality. This is not an offer, or solicitation of any offer to buy or sell any security, investment or other product.

From: Rodriguez, Doli
Sent: Thursday, April 26, 2007 1:21 PM
To: Chambliss, Sheila
Subject: golf outing sentinel
Can we get a car for sentinel at airport Sunday nite may 6th they get in at 11:00 pm from Chicago American airlines flight #426 thks going to 4 seasosns I paid for their rooms with my American express card...using

TQ3748767

cohen discount...if u want to call them 847-412-4413

------------------------------------------

This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. Confidential, proprietary or time-sensitive communications should not be transmitted via the Internet, as there can be no assurance of actual or timely delivery, receipt and/or confidentiality. This is not an offer, or solicitation of any offer to buy or sell any security, investment or other product. Securities are only offered through Cohen & Company Securities, LLC.

TQ3748767

## Eric No bloom

| | |
|---|---|
| From: | Eric No bloom |
| Sent: | 7/16/2007 11:08:14 AM |
| To: | Eric Bloom; |
| Cc: | |
| Bcc: | |
| Subject: | Fwd: charles. u guys want to do dinner out near u or come into |
| Attachments: | Mail.msg; |

TQ5544331

## "CRYSTAL YORK, SENTINEL MANAGEMENT"

| | |
|---|---|
| From: | "CRYSTAL YORK, SENTINEL MANAGEMENT" <cyork2@bloomberg.net> |
| Sent: | 7/16/2007 11:07:38 AM |
| To: | Charles Mosley; |
| Cc: | |
| Bcc: | |
| Subject: | charles. u guys want to do dinner out near u or come into |

charles. u guys want to do dinner out near u or come into chicago?..we will get car service whichever is easier...we are doing tues nite..7/24 th....thks, so much doli
Reply:
near here would be better

TQ5544332