# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>**STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE,** and **FTN FINANCIAL SECURITIES CORP.**,<br><br>Defendants. | Case No. 08 CV 6587<br><br>Honorable James B. Zagel |

**TRUSTEE'S THIRD SET OF DOCUMENT REQUESTS
TO DEFENDANT FTN FINANCIAL SECURITIES CORP.**

Plaintiff Frederick J. Grede, the Liquidation Trustee (the "Trustee") for the Sentinel Liquidation Trust, by and through his attorneys, Jenner & Block, LLP, hereby requests, pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure, that Defendant FTN Financial Securities Corp. produce at the offices of Jenner & Block LLP, 353 North Clark Street, Chicago, Illinois, documents responsive to the following requests for production that are within its possession, custody, or control.

**DEFINITIONS**

The Trustee reincorporates by reference his definitions in paragraphs 1 through 8 of his First Set of Document Requests to Defendant FTN Financial Securities Corp.

**INSTRUCTIONS**

The Trustee reincorporates by reference his instructions in paragraphs 1 through 6 of his First Set of Document Requests to Defendant FTN Financial Securities Corp.

## DOCUMENT REQUESTS

41. All documents produced by Defendant FTN Financial Securities Corp. to the Securities and Exchange Commission (SEC) in or with regard to a Sentinel-related investigation, inquiry, or matter.

Dated: June 25, 2010

Respectfully submitted,

FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust

By: _____
One of his attorneys

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC # 6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
Anne P. Ray (ARDC #6291910)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for the Liquidation Trustee*

## CERTIFICATE OF SERVICE

I, Michael H. Margolis, an attorney, certify that on June 25, 2010, I caused the foregoing **Trustee's Third Set of Document Requests to Defendant FTN Financial Securities Corp.** to be served via U.S. and/or electronic mail to:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

William B. Sullivan
Martin Brown & Sullivan, Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com