EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>Plaintiff,<br>v.<br><br>STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP.,<br><br>Defendants. | Case No. 08CV6587<br><br>Judge James B. Zagel |

## OBJECTIONS AND RESPONSES TO TRUSTEE'S THIRD SET OF DOCUMENT REQUESTS TO DEFENDANT FTN FINANCIAL SECURITIES CORP.

Defendant FTN Financial Securities Corp. ("FTN" or "Defendant"), by and through its attorneys, submits the following objections and responses to the Trustee's Third Set of Document Requests to Defendant ("Document Requests"), dated June 25, 2010.

## GENERAL OBJECTIONS

1. Defendant hereby incorporates General Objections 2-4, 6-8, and 9-28 stated in its Objections to Plaintiff's Revised First Set of Document Requests to Defendant FTN Financial Securities Corp., dated June 5, 2009.

## RESERVATION OF RIGHTS

1. Defendant hereby incorporates the Reservation of Rights stated in its Objections to Plaintiff's Revised First Set of Document Requests to Defendant FTN Financial Securities Corp., dated June 5, 2009.

- 1 -

## OBJECTIONS AND RESPONSES TO DOCUMENTS REQUESTED

**REQUEST:**

41. All documents produced by Defendant FTN Financial Securities Corp. to the Securities and Exchange Commission (SEC) in or with regard to a Sentinel-related investigation, inquiry, or matter.

**RESPONSE:** Defendant objects that the Request is overbroad and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it calls for the production of documents produced to the SEC that do not bear upon the issues in this litigation.

Subject to the foregoing objections and the limitations set forth below, Defendant will produce documents from its SEC document production that are responsive to the Trustee's other document requests to which Defendant does not object.

Dated: July 15, 2010                     Respectfully submitted,

                                         /s/ Howard M. Shapiro
                                         Howard M. Shapiro
                                         Craig Goldblatt
                                         John A. Valentine
                                         WILMER CUTLER PICKERING HALE
                                           AND DORR LLP
                                         1875 Pennsylvania Avenue, N.W.
                                         Washington, DC 20006
                                         Telephone: (202) 663-6000
                                         Facsimile: (202) 663-6363

                                         Brian D. Sieve, P.C. (ARDC #6199741)
                                         Michael B. Slade (ARDC #6274231)
                                         KIRKLAND & ELLIS LLP
                                         200 East Randolph Drive
                                         Chicago, Illinois 60601-6636
                                         Telephone: (312) 861-2000
                                         Facsimile: (312) 861-2200

Mark D. Griffin
Lori H. Patterson
Kristine L. Roberts
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

*Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served **Objections and Responses to Trustee's Third Set of Document Requests to Defendant FTN Financial Securities Corp.** upon counsel for the Trustee, at the address set forth below by U.S. Mail and Electronic Mail on this 15th day of July 2010.

Chris C. Gair
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-8339
Fax: (312) 923-8439
CGair@jenner.com

_/s/ John A. Valentine_
John A. Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP., <br><br> Defendants. | Case No. 08CV6587 <br><br> Judge James B. Zagel |

## OBJECTIONS AND RESPONSES TO TRUSTEE'S THIRD SET OF DOCUMENT REQUESTS TO DEFENDANT STEPHEN M. FOLAN

Defendant Stephen M. Folan ("Defendant"), by and through his attorneys, submits the following objections and responses to the Trustee's Third Set of Document Requests to Defendant ("Document Requests"), dated August 31, 2010.

### GENERAL OBJECTIONS

1. Defendant hereby incorporates General Objections 2-4 and 6-30 stated in his Objections to Plaintiff's Revised First Set of Document Requests to Defendant Stephen M. Folan, dated June 5, 2009.

### RESERVATION OF RIGHTS

1. Defendant hereby incorporates the Reservation of Rights stated in his Objections to Plaintiff's Revised First Set of Document Requests to Defendant Stephen M. Folan, dated June 5, 2009.

## OBJECTIONS AND RESPONSES TO DOCUMENTS REQUESTED

60. All documents produced by you to the Securities and Exchange Commission (SEC) in or with regard to a Sentinel-related investigation, inquiry, or matter.

**RESPONSE**: Defendant objects to this Document Request on the ground that it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it calls for the production of documents produced to the SEC that do not bear upon the issues in this litigation.

Subject to the foregoing objections and the limitations set forth below, Defendant will produce documents from his SEC document production that are responsive to the Trustee's other document requests to which Defendant does not object. Defendant's general objection regarding the relevant time period does not apply to this response.

Date: October 4, 2010

Respectfully submitted,

Howard M. Shapiro
Craig Goldblatt
John A. Valentine
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Royal B. Martin
William G. Sullivan
MARTIN, BROWN, SULLIVAN, ROADMAN & HARTNETT, LTD.
135 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 360-5000
Facsimile: (312) 360-5026

Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Mark D. Griffin
Lori H. Patterson
Kristine L. Roberts
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

***Attorneys for Defendant Stephen M. Folan***

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served **Objections and Responses to Trustee's Third Set of Document Requests to Defendant Stephen M. Folan** upon counsel for the Trustee, at the address set forth below by U.S. Mail and Electronic Mail on this 4th day of October 2010.

Chris C. Gair
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-8339
Fax: (312) 923-8439
CGair@jenner.com

_____
John A. Valentine

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served **Objections and Responses to Trustee's Third Set of Document Requests to Defendant Stephen M. Folan** upon counsel for the Trustee, at the address set forth below by U.S. Mail and Electronic Mail on this 4th day of October 2010.

Chris C. Gair
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-8339
Fax: (312) 923-8439
CGair@jenner.com

_____
John A. Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP., <br><br> Defendants. | Case No. 08CV6587 <br><br> Judge James B. Zagel |

## OBJECTIONS AND RESPONSES TO TRUSTEE'S THIRD SET OF DOCUMENT REQUESTS TO DEFENDANT JACQUES DE SAINT PHALLE

Defendant Jacques de Saint Phalle ("Defendant"), by and through his attorneys, submits the following objections and responses to the Trustee's Third Set of Document Requests to Defendant ("Document Requests"), dated August 31, 2010.

## GENERAL OBJECTIONS

1. Defendant hereby incorporates General Objections 2-4 and 6-31 stated in his Objections to Plaintiff's Revised First Set of Document Requests to Defendant Jacques de Saint Phalle, dated June 5, 2009.

## RESERVATION OF RIGHTS

1. Defendant hereby incorporates the Reservation of Rights stated in his Objections to Plaintiff's Revised First Set of Document Requests to Defendant Jacques de Saint Phalle, dated June 5, 2009.

## **OBJECTIONS AND RESPONSES TO DOCUMENTS REQUESTED**

60. All documents produced by you to the Securities and Exchange Commission (SEC) in or with regard to a Sentinel-related investigation, inquiry, or matter.

**RESPONSE**: Defendant objects to this Document Request on the ground that it is overbroad and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it calls for the production of documents produced to the SEC that do not bear upon the issues in this litigation.

Subject to the foregoing objections and the limitations set forth below, Defendant will produce documents from his SEC document production that are responsive to the Trustee's other document requests to which Defendant does not object. Defendant's general objection regarding the relevant time period does not apply to this response.

Date: October 4, 2010

Respectfully submitted,

Howard M. Shapiro
Craig Goldblatt
John A. Valentine
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Royal B. Martin
William G. Sullivan
MARTIN, BROWN, SULLIVAN, ROADMAN & HARTNETT, LTD.
135 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 360-5000
Facsimile: (312) 360-5026

Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Mark D. Griffin
Lori H. Patterson
Kristine L. Roberts
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

*Attorneys for Defendant Jacques de Saint Phalle*

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served **Objections and Responses to Trustee's Third Set of Document Requests to Defendant Jacques de Saint Phalle** upon counsel for the Trustee, at the address set forth below by U.S. Mail and Electronic Mail on this 4th day of October 2010.

Chris C. Gair
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-8339
Fax: (312) 923-8439
CGair@jenner.com

John A. Valentine