**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br> v. <br><br> **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE,** and **FTN FINANCIAL SECURITIES CORP.**, <br><br> Defendants. | Case No. 08 C 6587 <br><br> Honorable James B. Zagel |

## NOTICE OF MOTION

To: Please see attached service list.

PLEASE TAKE NOTICE that on October 15, 2010, at 10:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Trustee's Motion to Compel Production of Documents and to Set a Trial Date**, at which time and place you may appear if you see fit.

Dated: October 6, 2010

Respectfully submitted,

FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust

By: /s/*Gregory M. Boyle*
      One of his attorneys

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Suzanne J. Prysak (ARDC #6243688)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

## CERTIFICATE OF SERVICE

I, Michael H. Margolis, an attorney, certify that on October 6, 2010, I caused the foregoing **Trustee's Notice of Motion** and **Motion to Compel Production of Documents and to Set a Trial Date**, to be served via ECF to:

Craig Goldblatt
Howard M. Shapiro
John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mark D. Griffin
Kristine L. Roberts
Lori H. Patterson
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Royal Martin
William B. Sullivan
Mason Floyd
Martin Brown & Sullivan, Ltd.
135 South LaSalle Street, Suite 3200
Chicago, Illinois 60603

Brian Douglas Sieve
Michael B. Slade
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

/s/ *Michael H. Margolis*