# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP.,<br><br>　　　　Defendants. | Case No. 08CV6587<br><br>Judge James B. Zagel |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 15, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION TO COMPEL PRODUCTION OF RESPONSIVE DOCUMENTS ABOUT WHICH PLAINTIFF IS ALREADY OR BECOMES AWARE**, which is hereby served upon you.

Dated: October 11, 2010　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michael B. Slade
　　　　　　　　　　　　　　　　　　Brian D. Sieve, P.C. (ARDC #6199741)
　　　　　　　　　　　　　　　　　　Michael B. Slade (ARDC #6274231)
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 North LaSalle Street
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 862-2000
　　　　　　　　　　　　　　　　　　Facsimile: (312) 862-2200

Howard M. Shapiro
Craig Goldblatt
John A. Valentine
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-0870

***Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp.***


William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on October 11, 2010, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

> **Chris C. Gair**
> **Anne Paffrath Ray**
> **Gregory M. Boyle**
> **J. Kevin McCall**
> **Jeffrey Scot Eberhard**
> **Kevin Case**
> **Vincent E. Lazar**
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654

/s/ Michael B. Slade