# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, ) ) ) | |
| Plaintiff, ) | Case No. 08CV6587 |
| v. ) | Judge James B. Zagel |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP., ) ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, ) ) ) | |
| Plaintiff, ) | Case No. 09CV2258 |
| v. ) | Judge James B. Zagel |
| FTN FINANCIAL SECURITIES CORP. and JACQUES DE SAINT PHALLE, ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 12, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO DEFENDANTS' FOURTH SET**

**OF DOCUMENT REQUESTS**, which is hereby served upon you.

Dated: April 12, 2011          Respectfully submitted,

        /s/ Michael B. Slade

        Brian D. Sieve, P.C. (ARDC #6199741)
        Michael B. Slade (ARDC #6274231)
        KIRKLAND & ELLIS LLP
        300 N. LaSalle Street
        Chicago, Illinois 60654
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        Howard M. Shapiro
        Patrick J. Carome
        John A. Valentine
        WILMER CUTLER PICKERING HALE
          AND DORR LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363

        Mark D. Griffin
        Lori H. Patterson
        Kristine L. Robert
        BAKER, DONELSON, BEARMAN, CALDWELL &
          BERKOWITZ, PC
        First Tennessee Building
        165 Madison Avenue, Suite 2000
        Memphis, Tennessee 38103
        Telephone: (901) 526-2000
        Facsimile: (901) 577-0870

        *Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.*

        William Gibbs Sullivan
        Royal B. Martin
        Mason N. Floyd
        MARTIN, BROWN, SULLIVAN, ROADMAN

    & HARTNETT, LTD
    135 S. LaSalle St., Ste. 3200
    Chicago, IL 60603
    Phone: (312) 360-5000

    ***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on April 12, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

    Chris C. Gair, Esq.
    James Kevin McCall, Esq.
    Jeffrey S. Eberhard, Esq.
    Gregory M. Boyle, Esq.
    Anne Paffrath Ray, Esq.
    Kevin Case, Esq.
    Vincent E. Lazar, Esq.
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654
    ***Attorneys for the Liquidation Trustee***

    /s/ Michael B. Slade

    Michael B. Slade (ARDC #6274231)
    KIRKLAND & ELLIS LLP
    300 N. LaSalle Street
    Chicago, Illinois  60654
    Telephone: (312) 861-2000
    Facsimile: (312) 861-2200