**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08CV6587 |
| v. | ) ) ) | Judge James B. Zagel |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, and FTN FINANCIAL SECURITIES CORP., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 09CV2258 |
| v. | ) ) ) | Judge James B. Zagel |
| FTN FINANCIAL SECURITIES CORP. and JACQUES DE SAINT PHALLE, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 18, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the previously filed **MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO DEFENDANTS' FOURTH SET**

**OF DOCUMENT REQUESTS**, which was filed electronically with the Clerk of the Court using the CM/ECF system on April 12, 2011. The Amended Notice of Motion is hereby served upon you.

Dated: April 13, 2011

Respectfully submitted,

/s/ Michael B. Slade

Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

*Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.*

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

*Attorneys for Stephen M. Folan and Jacques de St. Phalle*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Amended Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on April 13, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

>Chris C. Gair, Esq.
>James Kevin McCall, Esq.
>Jeffrey S. Eberhard, Esq.
>Gregory M. Boyle, Esq.
>Anne Paffrath Ray, Esq.
>Kevin Case, Esq.
>Vincent E. Lazar, Esq.
>JENNER & BLOCK LLP
>353 N. Clark Street
>Chicago, IL 60654
>***Attorneys for the Liquidation Trustee***

/s/ Michael B. Slade

Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200