# EXHIBIT B

Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register # | Age-Race-Sex | Release Date (Actual or Projected) | Location |
|---|---|---|---|---|
| 1. PHILIP J BAKER | 22856-424 | 45-White-M | UNKNOWN | CHICAGO MCC |

Results 1 - 1 of 1

**New Search**   FAQs   **Privacy**