**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | Case No. 08-CV-06587 |
| Plaintiff, | ) ) | Honorable James B. Zagel |
| v. | ) ) | |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK, N.A., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) ) | Case No. 09-CV-02258 Honorable James B. Zagel |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FTN FINANCIAL SECURITIES CORP. and JACQUES DE SAINT PHALLE | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 18, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION FOR LEAVE TO DEPOSE PHILIP J. BAKER**, which is hereby served upon you.

Dated: April 14, 2011  Respectfully submitted,

/s/ Michael B. Slade
Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654-6636
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
 BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

*Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.*

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on April 14, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below,

Chris C. Gair, Esq.
James Kevin McCall, Esq.
Jeffrey S. Eberhard, Esq.
Gregory M. Boyle, Esq.
Anne Paffrath Ray, Esq.
Kevin Case, Esq.
Vincent E. Lazar, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for the Liquidation Trustee*

and by e-mail and first class mail to the following:

Kurt Edward Stitcher
Mindy Anne Finnigan
Baker & Daniels LLP
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606

Amy Alison Pines
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

*Attorneys for Philip J. Baker in United States v. Philip J. Baker*
*Case No. 09-cr-00175 (N.D. Ill.)*

      /s/ Michael B. Slade
      Brian D. Sieve, P.C. (ARDC #6199741)
      Michael B. Slade (ARDC #6274231)
      KIRKLAND & ELLIS LLP
      300 N. LaSalle Street
      Chicago, Illinois 60654-6636
      Telephone: (312) 862-2000
      Facsimile: (312) 862-2200