**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK, N.A. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 08CV6587 <br><br> Judge James B. Zagel |

## DEFENDANTS' MOTION FOR ENTRY OF A SCHEDULING ORDER

Defendants FTN Financial Securities Corp., First Tennessee Bank National Association (together, "FTN"), Stephen Folan and Jacques de St. Phalle respectfully move for entry of a pretrial scheduling order in the above-captioned action pursuant to Fed. R. Civ. P. 16(b).

1.    A four-week jury trial in this complex commercial litigation is scheduled to begin in less than four months, on Tuesday, August 9, 2011.  There is presently no pretrial scheduling order.

2.    Following the status conference on February 28, 2011, at which the submission of a proposed pretrial scheduling order was discussed, Defendants' counsel attempted to work out with the Trustee's counsel a schedule that would allow for the completion of discovery and resolution of pretrial motions in an orderly manner for both the parties and the Court.

3.      As of March 20, 2011, the parties had reached agreement on the deadline to amend the pleadings (April 15), the initial exchange of expert reports (April 28), the dates for exchanging exhibits and deposition designations (June 15 and July 1, respectively), and the submission of the pretrial order (July 25).  In addition, the parties agreed on proposed dates for the initial pretrial conference (June 15) and the final pretrial conference (August 1), subject to the Court's availability and convenience.  Regrettably, the parties were unable to agree on key dates for the exchange of expert rebuttal reports, the close of fact and expert discovery, and the submission of motions *in limine*.  *See* Ex. A, Email Exchange between John Valentine and Jeffrey Eberhard, dated Mar. 17 and 20, 2011.

4.      Most recently, on Thursday April 14, 2011, counsel for the Trustee sent an email to Defendants' counsel purporting to withdraw his agreement to submit expert reports on April 28 and stating that he instead intends to submit his experts' reports on May 18.  *See* Ex. B, Email Exchange between Jeffrey Eberhard and John Valentine, dated Apr. 14, 2011.  The Trustee's rationale for this delay is that he first wishes to complete the depositions of Mr. Folan and Mr. de St. Phalle, which are scheduled for May 4 and 11, 2011, respectively.  Defendants' counsel urged the Trustee's counsel not to put off the exchange of expert reports, pointing to the extensive evidence already available with respect to Mr. Folan and Mr. de St. Phalle[1] and suggesting that the parties' experts supplement their reports in the unlikely event that material new information comes to light in depositions.  *See id.*  The Trustee has rejected that proposal.

5.      Defendants are concerned that the Trustee's position on scheduling – which based on his counsel's last proposal would extend all discovery to July 15 and have the parties

---

[1]      This evidence includes, among other things, Mr. Folan's and Mr. de St. Phalle's Phase I deposition transcripts, SEC testimony transcripts, and the enormous trove of their emails and voice recordings that capture their conversations with Sentinel personnel.

exchange of motions *in limine* on July 25 – will leave the parties and the Court with too little time to resolve potentially substantial and complex evidentiary issues before trial begins on August 9.  *See* Ex. C, Email from Jeffrey Eberhard to John Valentine, dated Mar. 7, 2011.

      6.      To allow sufficient time for that process, Defendants request that the Court enter the schedule set forth below, which would close fact discovery on June 15 and expert discovery on June 29, and require the submission of motions *in limine* by July 6:

| | |
|---|---|
| Deadline to amend pleadings/add parties | April 15, 2011 |
| Parties exchange expert reports | April 28, 2011 |
| Parties exchange rebuttal expert reports | May 25, 2011 |
| Fact discovery cut-off | June 15, 2011 |
| Initial exchange of exhibit lists and witness lists | June 15, 2011 |
| Initial pre-trial conference | On or about June 15, 2011, at the Court's convenience |
| Initial exchange of deposition designations | July 1, 2011 |
| Expert discovery cut-off | June 29, 2011 |
| Deadline for exchange of motions *in limine* (including *Daubert* motions) | July 6, 2011 |
| Parties submit pre-trial order | July 25, 2011 |
| Final pre-trial conference | On or about August 1, 2011, at the Court's convenience |
| Trial begins | August 9, 2011 |

7.      In proposing this schedule, Defendants are not suggesting that any of these dates

be set in stone.  Should any of the parties need additional time for the completion of a given task,

Defendants expect that the parties will agree to reasonable scheduling accommodations, as they

have done to date.


Dated: April 14, 2011                    Respectfully submitted,


                                        /s/ Michael B. Slade
                                        Brian D. Sieve, P.C. (ARDC #6199741)
                                        Michael B. Slade (ARDC #6274231)
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, Illinois  60654
                                        Telephone: (312) 862-2000
                                        Facsimile: (312) 862-2200

                                        Howard M. Shapiro
                                        Patrick J. Carome
                                        John A. Valentine
                                        WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                        1875 Pennsylvania Avenue, N.W.
                                        Washington, DC  20006
                                        Telephone: (202) 663-6000
                                        Facsimile: (202) 663-6363

                                        Mark D. Griffin
                                        Lori H. Patterson
                                        Kristine L. Roberts
                                        BAKER, DONELSON, BEARMAN, CALDWELL
                                          & BERKOWITZ, PC
                                        First Tennessee Building
                                        165 Madison Avenue, Suite 2000
                                        Memphis, Tennessee  38103
                                        Telephone:  (901) 526-2000
                                        Facsimile:  (901) 577-0870

                                        *Attorneys for Defendants Stephen M. Folan, Jacques
                                        de St. Phalle, FTN Financial Securities Corp., and
                                        First Tennessee Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **Defendants' Motion for Entry of a Scheduling Order** was filed electronically with the Clerk of the Court using the CM/ECF system on April 14, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

Chris C. Gair, Esq.
James Kevin McCall, Esq.
Jeffrey S. Eberhard, Esq.
Gregory M. Boyle, Esq.
Anne Paffrath Ray, Esq.
Kevin Case, Esq.
Vincent E. Lazar, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for the Liquidation Trustee*

/s/ Michael B. Slade

Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200