# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, ) ) ) | |
| Plaintiff, ) ) | Case No. 08CV6587 |
| v. ) ) | Judge James B. Zagel |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK, N.A. ) ) ) ) ) ) | |
| Defendants. ) ) | |

## **CORRECTED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on April 18, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the previously filed **MOTION FOR ENTRY OF A SCHEDULING ORDER**, which was hereby served upon you.

Dated: April 15, 2011         Respectfully submitted,

                                       /s/ Michael B. Slade
                                       Brian D. Sieve, P.C. (ARDC #6199741)
                                       Michael B. Slade (ARDC #6274231)
                                       KIRKLAND & ELLIS LLP
                                       300 N. LaSalle Street
                                       Chicago, Illinois 60654
                                       Telephone: (312) 862-2000

Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Roberts
BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 526-2000
Facsimile:  (901) 577-0870

***Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, FTN Financial Securities Corp., and First Tennessee Bank, N.A.***


William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Corrected Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on April 15, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

>Chris C. Gair, Esq.
>James Kevin McCall, Esq.
>Jeffrey S. Eberhard, Esq.
>Gregory M. Boyle, Esq.
>Anne Paffrath Ray, Esq.
>Kevin Case, Esq.
>Vincent E. Lazar, Esq.
>JENNER & BLOCK LLP
>353 N. Clark Street
>Chicago, IL 60654
>***Attorneys for the Liquidation Trustee***

>/s/ Michael B. Slade
>
>Michael B. Slade (ARDC #6274231)
>KIRKLAND & ELLIS LLP
>300 N. LaSalle Street
>Chicago, Illinois 60654
>Telephone: (312) 862-2000
>Facsimile: (312) 862-2200