**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims,<br><br>        Plaintiff,<br>  v.<br><br>**FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,**<br><br>        Defendants. | Case No. 09 CV 2258<br><br>Honorable James B. Zagel |
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>        Plaintiff,<br>  v.<br><br>**STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK N.A.,**<br><br>        Defendants. | Case No. 08 CV 6587<br><br>Honorable James B. Zagel |

**TRUSTEE'S OPPOSITION TO DEFENDANTS'
MOTION FOR ENTRY OF SCHEDULING ORDER**

The parties have been working in good faith to complete discovery and prepare these cases for trial in August 2011. The parties also have conferred regarding scheduling issues, and with few exceptions, have reached agreement on numerous dates. The principal area of dispute at this point is whether expert reports should be submitted on April 28, 2011, as Defendants wish, or on May 18, 2011, as the Trustee suggests. This modest three-week difference will have no material effect on the parties' ability to try these cases in August.

1

The Trustee's experts require additional time to complete their work. One of the primary reason for the Trustee's suggested date of May 18, 2011 is that the depositions of the two individual defendants in this case – Steve Folan and Jacques de St. Phalle – will not be completed until May 11, 2011. Indeed, the Trustee has not been able to depose Folan on any non-entertainment related issues in this case. There had been proposed deposition dates for both Folan and de St. Phalle for early April, but due to no fault of the parties those depositions did not occur on those dates.

What these witnesses have to say on the issues in these cases – principally issues relating to the suitability of PreTSLs – is obviously of paramount importance. It makes eminently more sense to wait until the depositions are completed to submit expert reports. Defendants' suggestion – to submit reports on April 28 and then submit an additional round of reports after the depositions – is less efficient and would not serve the purpose of advancing these cases.

Exchanging expert reports on May 18 will still give the parties ample time to prepare the cases for trial in August. The only reason Defendants have provided for not agreeing with this date is that they apparently need to file motions *in limine*, including *Daubert* motions, on July 6 and do not believe that 6 weeks after the exchange of expert reports is sufficient time to prepare their anticipated motions. Defendants' insistence on needing to file *Daubert* motions on July 6 is puzzling given that they have not even seen the Trustee's expert reports. Defendants could not possibly know at this point whether *Daubert* motions are even necessary at all. Moreover, even if Defendants plan to file *Daubert* motions and would be unable to file these motions on July 6 if the parties exchanged expert reports on May 18, Defendants have provided no reason why motions *in limine* need to be filed over a month before the start of trial.

Accordingly, the Trustee proposes that the parties exchange expert reports on May 18 and continue to work together regarding the other dates that need to be set before trial. The Trustee's suggested schedule is as follows:

| | |
|---|---|
| Deadline to amend pleadings/add parties | April 15, 2011 |
| Exchange of expert reports | May 18, 2011 |
| Initial exchange of exhibit and witness lists | June 15, 2011 |
| Initial pre-trial conference | June 15, 2011 or at court's convenience |
| Exchange of rebuttal expert reports | June 27, 2011 |
| Initial exchange of deposition designations | July 15, 2011 |
| Deadline for exchange of motions *in limine* | July 20, 2011 |
| Final pre-trial conference | August 1, 2011 at the Court's convenience |
| Trial begins | August 9, 2011 |

Dated: April 15, 2011                Respectfully submitted,

                                               */s/ Jeffrey S. Eberhard*
FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, and Assignee of certain claims

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for the Liquidation Trustee*

3