# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims,<br><br>　　　　Plaintiff,<br>　v.<br><br>**FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,**<br><br>　　　　Defendants. | Case No. 09 CV 2258<br><br>Honorable James B. Zagel |
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>　　　　Plaintiff,<br>　v.<br><br>**STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK N.A.,**<br><br>　　　　Defendants. | Case No. 08 CV 6587<br><br>Honorable James B. Zagel |

## NOTICE OF FILING

To:    Please see attached service list.

PLEASE TAKE NOTICE that on April 15, 2011, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Trustee's Opposition to Defendants' Motion for Entry of Scheduling Order,** a copy of which is hereby served on you.

Dated: April 15, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Jeffrey S. Eberhard*
　　　　　　　　　　　　　　　　　　　FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, and Assignee of certain claims

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
Anne P. Ray (ARDC #6291910)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

*Counsel for the Liquidation Trustee*

## **CERTIFICATE OF SERVICE**

I, Michael H. Margolis, an attorney, certify that on April 15, 2011, I caused the foregoing **Notice of Filing** and **Trustee's Opposition to Defendants' Motion for Entry of Scheduling Order** to be served via ECF to:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

William B. Sullivan
Martin Brown & Sullivan, Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com

/s/ *Michael H. Margolis*