**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) ) | Case No. 09 CV 2258 |
| Plaintiff, | ) | |
| v. | ) ) | Honorable James B. Zagel |
| **FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,** | ) ) ) ) ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) | Case No. 08 CV 6587 |
| Plaintiff, | ) | |
| v. | ) ) | Honorable James B. Zagel |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK N.A.,** | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw his appearance on behalf of the plaintiff, Frederick J. Grede, in Case No. 08 CV 6587. As of May 6, 2011, I will no longer be with the law firm of Jenner & Block LLP. Jenner & Block LLP will continue to act as counsel for the plaintiff.

Dated: April 29, 2011                              Respectfully submitted,


                                                   By: _____s/Kevin Case_____

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484