**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, <br><br> Plaintiff, <br> v. <br><br> **FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,** <br><br> Defendants. | Case No. 09 CV 2258 <br><br> Honorable James B. Zagel |
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br> v. <br><br> **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK N.A.,** <br><br> Defendants. | Case No. 08 CV 6587 <br><br> Honorable James B. Zagel |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, May 5, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear in the Courtroom of the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Leave to Withdraw Appearance**.

Dated: April 29, 2011                                              Respectfully submitted,

                                                                                        By:     s/Kevin Case

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC #6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Phone: (312) 222-9350
Facsimile: (312) 527-0484

## **CERTIFICATE OF SERVICE**

      I, Kevin Case, an attorney, hereby certify that on April 29, 2011, I caused a copy of the foregoing **Notice of Motion** and **Motion for Leave to Withdraw Appearance** to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system.

      /s/ Kevin Case