**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | Case No. 08-CV-06587 Honorable James B. Zagel |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP., and FIRST TENNESSEE BANK, N.A., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, | ) ) ) | Case No. 09-CV-02258 Honorable James B. Zagel |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FTN FINANCIAL SECURITIES CORP., FIRST TENNESSEE BANK, N.A., and JACQUES DE SAINT PHALLE | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 6, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed **MOTION FOR LETTER OF REQUEST FOR THE DEPOSITION OF ANIS KRAIEM IN FRANCE**, which is hereby served upon you.

Dated: May 4, 2011                    Respectfully submitted,


/s/ Michael B. Slade
Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654-6636
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
    BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

**Attorneys for Defendants Stephen M. Folan, Jacques
de St. Phalle, and FTN Financial Securities Corp.,
and First Tennessee Bank, N.A.**

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed electronically with

the Clerk of the Court using the CM/ECF system on May 4, 2011, which will send notification of

such filings to the parties registered with the Court's CM/ECF system, including the recipients

shown below,

Chris C. Gair, Esq.
James Kevin McCall, Esq.
Jeffrey S. Eberhard, Esq.
Gregory M. Boyle, Esq.
Anne Paffrath Ray, Esq.
Kevin Case, Esq.
Vincent E. Lazar, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
***Attorneys for the Liquidation Trustee***

and by e-mail and first class mail to the following:

Arthur W. Hahn
Peter Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

***Attorneys for Capital Fund Management***

/s/ Michael B. Slade
Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654-6636
Telephone: (312) 862-2000
Facsimile: (312) 862-2200