**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-cv-6587 |
|---|---|

Frederick J. Grede, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, v. Stephen M. Folan, Jacques De Saint Phalle, FTN Financial Securities Corporation, and First Tennessee Bank National Association

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FTN Financial Securities Corporation, and First Tennessee Bank National Association, Defendants

| NAME (Type or print) |
|---|
| Jeannie S. Rhee |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jeannie S. Rhee |
| FIRM |
| Wilmer Cutler Pickering Hale and Dorr LLP |
| STREET ADDRESS |
| 1875 Pennsylvania Avenue, NW |
| CITY/STATE/ZIP |
| Washington, DC 20006 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (202) 663-6027 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ |  |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES     NO

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Attorney Appearance Form** was filed with the Clerk of the Court on May 5, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

**Chris C. Gair**
**Anne P. Ray**
**Gregory M. Boyle**
**J. Kevin McCall**
**Jeffrey S. Eberhard**
**Kevin Case**
**Vincent E. Lazar**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

/s/ Jeannie S. Rhee
Jeannie S. Rhee
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6027
Facsimile: (202) 663-6363
Email: jeannie.rhee@wilmerhale.com