# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Frederick J. Grede
                              Plaintiff,

v.                                                        Case No.: 1:08−cv−06587
                                                              Honorable James B. Zagel

Stephen M. Folan, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing held on 4/18/2011. Motion to withdraw as attorney [234] is granted. The appearance of attorney Anne Small is withdrawn. Motion to compel [238] is granted in part and denied in part. Motion to take deposition from Phillip J. Baker [243] is granted. Motion for scheduling order [245] is granted. Scheduled dates to be determined. Status hearing set for 5/6/2011 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.