# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Frederick J. Grede

                Plaintiff,

v.                                             Case No.: 1:08−cv−06587
                                                  Honorable James B. Zagel

Stephen M. Folan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2011:

      MINUTE entry before Honorable James B. Zagel: Status hearing held on 5/6/2011. Motion hearing held on 5/6/2011. Motion for Issuance of Letters Rogatory for the depositions of certain individuals in Canada [266] is granted. Motion for Issuance of Letters Rogatory for the deposition of Anis Kraiem in France [268] is granted. Status hearing set for 6/3/2011 at 11:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.