## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **FREDERICK J. GREDE, as Liquidation** | ) | |
| **Trustee of the Sentinel Liquidation Trust,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08 CV 6587** |
| | ) | |
| **v.** | ) | **Judge James B. Zagel** |
| | ) | |
| **STEPHEN M. FOLAN,** | ) | |
| **JACQUES DE SAINT PHALLE,** | ) | |
| **FTN FINANCIAL SECURITIES CORP. and** | ) | |
| **FIRST TENNESSEE BANK N.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:     See Certificate of Service

**PLEASE TAKE NOTICE** that on **May 19, 2011** at **9:00 a.m.**, or as soon thereafter as counsel may be heard I shall appear before the Honorable James B. Zagel or any judge sitting in his stead in Courtroom 2503 of the U.S. District Court of the Northern District of Illinois, and shall then and there present **Motion to Quash Subpoena for Deposition of Barry C. Mohr, Jr.**


**BARRY C. MOHR, JR.,**


By:     /s/ Phillip S. Reed
            One of his attorneys
            Phillip S. Reed  ARDC#6188253
            Patzik, Frank & Samotny Ltd.
            150 South Wacker Drive, Suite 1500
            Chicago, Illinois 60606
            (312) 551-8300
            (312) 551-1101 (Fax)