**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN M. FOLAN, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08CV6587<br><br>Judge James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br><br>FTN FINANCIAL SECURITIES CORP., et al.,<br><br><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 09CV2258<br><br>Judge James B. Zagel |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on June 3, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed, **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER WITH THE COMMODITIES FUTURES TRADING COMMISSION**, which is hereby served upon you.

Dated: May 18, 2011                    Respectfully submitted,

/s/ Michael B. Slade


Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
 BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

***Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.***


William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

*Attorneys for Stephen M. Folan and Jacques de St. Phalle*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was filed with the Clerk of the Court on May 18, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

> Chris C. Gair
> Anne Paffrath Ray
> Gregory M. Boyle
> J. Kevin McCall
> Jeffrey Scot Eberhard
> Kevin Case
> Vincent E. Lazar
> JENNER & BLOCK LLP
> 353 N. Clark Street
> Chicago, IL 60654

> I also certify that said notice was sent to the below party via electronic mail:

> Martin B. White
> COMMODITIES FUTURES TRADING COMMISSION
> Three Lafayette Centre
> 1155 21st Street, NW
> Washington, DC 20581
> ***Attorney for the CFTC***