Frederick J. Grede

                Plaintiff,

v.                                           Case No.: 1:08−cv−06587
                                                                   Honorable James B. Zagel

Stephen M. Folan, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2011:

      MINUTE entry before Honorable James B. Zagel: Motion hearing held on 5/19/2011. MOTION by deponent Barry C. Mohr, Jr to quash subpoena for deposition [284] is denied for the reasons stated in open court. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.