**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Frederick J. Grede
                     Plaintiff,

v.                                    Case No.: 1:08−cv−06587
                                                    Honorable James B. Zagel

Stephen M. Folan, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 3, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing held on 6/3/2011. Motion to continue August 9, 2011 trial date [298] is granted. Ruling on motions to compel to be made by mail. Status hearing set for 7/13/2011 at 10:00 AM. Jury trial (8−9−2011) is reset for 8/15/2011 at 10:30 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.