# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>　　　Plaintiff,<br><br>v.<br><br>STEPHEN M. FOLAN, et al.,<br><br>　　　Defendants. | Case No. 08CV6587<br><br>Judge James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of Certain Claims<br><br>　　　Plaintiff,<br><br>v.<br><br>FTN FINANCIAL SECURITIES CORP., et al.,<br><br>　　　Defendants. | Case No. 09CV2258<br><br>Judge James B. Zagel |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on June 17, 2011, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE,** a copy of which is hereby served on you.

Dated: June 17, 2011　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Brian Staudt

　　　　　　　　　　　　　　　　　　Brian D. Sieve, P.C. (ARDC #6199741)
　　　　　　　　　　　　　　　　　　Michael B. Slade (ARDC #6274231)
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP

300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
Jeannie S. Rhee
Brian Staudt
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
   BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

***Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.***


William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Filing** was filed electronically with the Clerk of the Court using the CM/ECF system on June 17, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

    Chris C. Gair, Esq.
    James Kevin McCall, Esq.
    Jeffrey S. Eberhard, Esq.
    Gregory M. Boyle, Esq.
    Anne Paffrath Ray, Esq.
    Kevin Case, Esq.
    Vincent E. Lazar, Esq.
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654
    ***Attorneys for the Liquidation Trustee***

/s/ Brian Staudt

Brian Staudt
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363