IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>**STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE,** and **FTN FINANCIAL SECURITIES CORP.,**<br><br>　　　　　　Defendants. | Case No. 08 CV 6587<br><br>Honorable James B. Zagel |

## NOTICE OF MOTION

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on June 30, 2011, at 10:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, or any Judge sitting in his stead, in the courtroom, normally occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 Dearborn Street, Room 2503, Chicago, Illinois, and shall then present the concurrently filed, **MOTION FOR LEAVE TO AMEND THE COMPLAINT,** which is hereby served upon you.

Dated:  June 23, 2011　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP

　　　　　　　　　　　　　　　　　　　　　　　By:　_s/Gregory M. Boyle_____

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC # 6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
Anne P. Ray (ARDC # 6291910)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654

2

**CERTIFICATE OF SERVICE**

    I, Anne P. Ray, an attorney, certify that on June 23, 2010, I caused a copy of the accompanying **MOTION FOR LEAVE TO AMEND THE COMPLAINT,** to be served by ECF on all counsel of record, including the recipients listed below:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

Mark D. Griffin
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
mgriffin@bakerdonelson.com

William B. Sullivan
Martin Brown & Sullivan, Ltd.
321 South Plymouth Court, 16th Floor
Chicago, Illinois 60604
Sullivan@mbslaw.com

                                                          *s/Anne P. Ray*_____