IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN M. FOLAN, et al.,<br><br>Defendants. | Case No. 08CV6587<br><br>Judge James B. Zagel |
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of Certain Claims,<br><br>Plaintiff,<br><br>v.<br><br>FTN FINANCIAL SECURITIES CORP., et al.,<br><br>Defendants. | Case No. 09CV2258<br><br>Judge James B. Zagel |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, the undersigned respectfully requests leave to withdraw her appearance on behalf of defendants Stephen M. Folan, Jacques de Saint Phalle, FTN Financial Securities Corp., and First Tennessee Bank, N.A. As of August 1, 2011, I will no longer be with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). WilmerHale will continue to act as counsel for the above-referenced defendants.

Dated: July 11, 2011          Respectfully submitted,

/s/ April N. Williams (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** was filed with the Clerk of the Court on July 11, 2011, which will send notification of such filings to the parties registered with the Court's CM/ECF system, including the recipients shown below.

**Chris C. Gair**
**Anne Paffrath Ray**
**Gregory M. Boyle**
**J. Kevin McCall**
**Jeffrey Scot Eberhard**
**Kevin Case**
**Vincent E. Lazar**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
*Attorneys for the Liquidation Trustee*

/s/ April N. Williams