## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Frederick J. Grede
                      Plaintiff,

v.                                    Case No.: 1:08−cv−06587
                                         Honorable James B. Zagel

Stephen M. Folan, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2011:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 6/21/2011. Motion to set a briefing schedule [313] is granted. Motion for summary judgment to be served 6/27/2011. Response brief to be served 7/19/2011. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.