**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, as Liquidation Trustee of the Sentinel Liquidation Trust, )<br><br>Plaintiff, )<br><br>v. )<br><br>STEPHEN M. FOLAN, et al., )<br><br>Defendants. ) | Case No. 08CV6587<br><br>Hon. James B. Zagel |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL
SECURITIES CORPORATION, AND FIRST TENNESSEE BANK, N.A.**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Stephen M. Folan, Jacques de Saint Phalle, FTN Financial Securities Corp., and First Tennessee Bank, N.A. (collectively "Defendants") hereby move for entry of summary judgment in their favor with respect to all claims asserted by Plaintiff Frederick J. Grede, as Liquidation Trustee of the Sentinel Liquidation Trust. In support of their motion, Defendants submit the accompanying memorandum in support of summary judgment, statement of undisputed facts, and the Declaration of John A. Valentine, with accompanying exhibits, which demonstrate that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law on all claims.

Respectfully submitted this 27th day of June, 2011.

Dated: June 27, 2011 Respectfully submitted,

/s/ Michael B. Slade

Brian D. Sieve, P.C. (ARDC #6199741)
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Howard M. Shapiro
Patrick J. Carome
John A. Valentine
Jeannie S. Rhee
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Mark D. Griffin
Lori H. Patterson
Kristine L. Robert
BAKER, DONELSON, BEARMAN, CALDWELL &
 BERKOWITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0870

***Attorneys for Defendants Stephen M. Folan, Jacques de St. Phalle, and FTN Financial Securities Corp., and First Tennessee Bank, N.A.***

William Gibbs Sullivan
Royal B. Martin
Mason N. Floyd
MARTIN, BROWN, SULLIVAN, ROADMAN
& HARTNETT, LTD
135 S. LaSalle St., Ste. 3200
Chicago, IL 60603
Phone: (312) 360-5000

***Attorneys for Stephen M. Folan and Jacques de St. Phalle***

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2011, a true and correct copy of the foregoing was sent by hand-delivery and electronic mail to:

Chris C. Gair, Esq.
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
*Counsel for Plaintiff*

/s/ Michael B. Slade
Michael B. Slade (ARDC #6274231)
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200