**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, )<br>)<br>)<br>) | Case No. 09 CV 2258 |
| Plaintiff, )<br>v. ) | Honorable James B. Zagel |
| **FTN FINANCIAL SECURITIES CORPORATION** and **JACQUES DE SAINT PHALLE,** )<br>)<br>)<br>) | |
| Defendants. )<br>) | |

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, )<br>)<br>)<br>) | Case No. 08 CV 6587 |
| Plaintiff, )<br>v. ) | Honorable James B. Zagel |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK N.A.,** )<br>)<br>)<br>) | |
| Defendants. )<br>) | |

**NOTICE OF FILING**

TO: See Attached Service List

  **PLEASE TAKE NOTICE** that on July 20, 2011, we filed with the Clerk of the United States District Court for the Northern District of Illinois, a CD containing the **Wav File Exhibits to the Trustee's Summary Judgment Opposition Materials,** a copy of which is hereby served on you.

1990259.1

Dated: July 20, 2011                                    Respectfully submitted,

                                                        JENNER & BLOCK LLP


                                                        By:___*s/Jeffrey S. Eberhard*_____

J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Gregory M. Boyle (ARDC # 6242559)
Jeffrey S. Eberhard (ARDC # 6276471)
Anne P. Ray (ARDC # 6291910)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654

1990259.1

## CERTIFICATE OF SERVICE

I, Anne P. Ray, an attorney, certify that on July 19, 2010, I caused a copy of the accompanying CD containing the **Wav File Exhibits to the Trustee's Summary Judgment Opposition Materials,** to be served via UPS on:

John A. Valentine
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
john.valentine@wilmerhale.com

*s/Anne P. Ray*_____