

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims,<br><br>    Plaintiff,<br><br>v.<br><br>**FTN FINANCIAL SECURITIES CORPORATION, FIRST TENNESSEE BANK N.A.,** and **JACQUES DE SAINT PHALLE,**<br>    Defendants. | Case No. 1:09-CV-02258<br><br>Honorable James B. Zagel |
| **FREDERICK J. GREDE**, as Liquidation Trustee of the Sentinel Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>**STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE, FTN FINANCIAL SECURITIES CORP.,** and **FIRST TENNESSEE BANK, N.A.,**<br>    Defendants. | Case No. 1:08-CV-06587<br><br>Honorable James B. Zagel |

## PROTECTIVE ORDER

**THIS MATTER COMING TO BE HEARD** upon the motion of Discus Master Limited's for a **Protective Order**; and the Court having jurisdiction and being fully apprised of the premises, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion is granted.

2. This Protective Order is entered.

3. FTN Financial Securities Corporation is prohibited from deposing Martin Tornqvist in the above-captioned proceeding.

4. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Protective Order.

_____
THE HONORABLE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT JUDGE

Dated: __JUN 30 2011__