Frederick J. Grede
                    Plaintiff,

v.                                               Case No.: 1:08−cv−06587
                                                Honorable James B. Zagel

Stephen M. Folan, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2011:

      MINUTE entry before Honorable James B. Zagel:Status hearing set for 8/4/2011 is stricken. Jury trial date set for 8/15/2011 is stricken. Case is stayed pending further order of court.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.