# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, Assignee of certain claims, <br><br> Plaintiff, <br><br> v. <br><br> **FTN FINANCIAL SECURITIES CORP.**, **FIRST TENNESSEE BANK N.A.**, and **JACQUES DE SAINT PHALLE**, <br><br> Defendants. | Case No. 09 CV 2258 <br><br> Honorable James B. Zagel |
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE**, **FTN FINANCIAL SECURITIES CORP.**, and **FIRST TENNESSEE BANK N.A.**, <br><br> Defendants. | Case No. 08 CV 6587 <br><br> Honorable James B. Zagel |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Eberhard, certify that on October 21, 2011, a copy of the Notice of Motion and Joint Motion for Finding of Good Faith Settlement and for a Contribution Bar was served upon the parties listed on the attached Service List by First Class, United States mail.

                                                                       */s/* Jeffrey S. Eberhard
                                                                           Jeffrey S. Eberhard

Jeffrey S. Eberhard (ARDC # 6276471
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484

## **SERVICE LIST**

Agra Aphorism LLC
P.O. Box 2080
Cody, WY 82414

Alaron Clearing, LLC
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

Alaron Trading Corporation
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

Alaron.com
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

AlphaMosaic (US) LLC - Cell No. 99
181 W Madison St., Suite 3825
Chicago, IL 60602

AlphaMosaic (US) LLC - Cell No. 99
c/o Ungaretti & Harris LLP
Attn: R. Scott Alsterda
3500 Three First National Plaza
Chicago, IL 60602

American Express Bank, FSB
c/o Beckett & Lee LLP
P.O Box 3001
Malvern, PA 19355-0701

American National Trading Corporation
Attn: Don Varden
P.O. Box 6016
Malibu, CA 90264-6016

American National Trading Corporation
c/o Peter J. Berman
Peter J Berman, Ltd.
332 S. Michigan Avenue, Suite 1000
Chicago, IL 606043

Ancile Global Diversification Fund I, LLC
150 Franklin St, 5th Fl
New York, NY 10013-2943

Ancile Global Diversification Fund I, LLC
c/o Edward C. Nowack
Schuyler, Roche & Crisham, P.C
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL  60601

Argo Partners
12 West 37th ST, 9th Floor
New York, NY 10018

ASM Capital, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

Athena Pro Series N.V.
c/o Doyle & Bolotin Ltd
200  W Madison St., Suite 2670
Chicago, IL 60606

Barker-Dangerfield Wealth Management
Foundation
PO Box 443161
Moscow, ID 83844-3161

BC Capital Brokerage Services, LLC
2813 Northwood Circle
Corning, NY 14830

BC Capital Fund A, LLC
2813 Northwood Circle
Corning, NY 14830

BC Capital Fund B, LLC
2813 Northwood Circle
Corning, NY 14830

Bear, Stearns & Co. Inc.
Attn: Jeffrey Aronson
383 Madison Ave,
New York, NY 10179

Bellator Energy Masterfund Ltd.
11 S LaSalle St., Suite 1730
Chicago, IL 60603

Blueprint Partners LP
c/o Blueprint Capital Management
504 Lavaca St., Suite 940
Austin, TX 78701

Blueprint Partners LP
c/o Jeffrey D. Barclay
Schuyler, Roche & Crisham, P.C
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL 60601

Boshnack, Robert & Leslie
c/o Robert Boshnack
Vision Financial Markets LLC
One Whitehall Suite 1500
New York, NY 10004

Brian S. Gross 2004 Trust
201 Brooksby Village Dr., Unit 331
Peabody, MA 01960-8502

BT Americas Inc.
350 Madison Ave, 6th Floor
New York, NY 10017

Butterfield Bank (Cayman) Limited, as Trustee
to P&D GCI Fixed Income Fund
Attn: Greg Bennett
P.O. Box 705 GT
Grand Cayman, Cayman Islands

Butterfield Bank (Cayman) Limited, as Trustee
to P&D GCI Fixed Income Fund
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

Cadent Financial Services LLC
c/o Robert B. Christie
Henderson & Lyman
175 W. Jackson, Suite 240
Chicago, IL 60604

CAM Global Futures Fund LP
14812 Endicott Dr
Austin, TX 78728

Cantor Fitzgerald & Co.
Attn: Stephen Merkel, Esq.
EVP and Gen. Counsel
110 East 59th Street,
New York, NY 10022

2

Cantor Fitzgerald & Co.
c/o Mayer Brown LLP
Attn: David S. Curry, Michael W. Ott
71 South Wacker Dr.
Chicago, IL 60606

Cedar Stone L.L.C.
c/o Tom Stone
P.O. Box 5370
Vernon Hills, IL 60061-5370

Charles Gustin IRA
191 Boxwood Dr,
Hawthorne Woods, IL 60047

Contrarian Funds LLC
Attn: Alisa Mumola
411 West Putnam Ave, Suite 425
Greenwich, CT 06830

Crossland Customer Segregated
141 W. Jackson Blvd, Suite 1710-A
Chicago, IL 60604

Daniel R. Jesser Trust
c/o Hinshaw & Culbertson, LLP
Attn: Kenneth H. Denberg
222 N. LaSalle St., Suite 300
Chicago, IL 60601-1081

Department of the Treasury
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Cedar Stone L.L.C.
c/o Richard M Bendix Jr.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

CF Special Situation Fund I, LLC
c/o William J. Nissen
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

ComEd
Attn: Bankruptcy Section/Revenue Management
2100 Swift Drive
Oakbrook, IL 60523

Country Hedging, Inc.
c/o McDermott Will & Emery LLP
Attn: Nathan F. Coco
227 W Monroe, Fl 55
Chicago, IL 60606-5096

Currie, Jeannie
2813 Northwood Circle
Corning, NY 14830

Dan's Supreme Supermarket, Inc.
474 Fulton Ave., Suite 3
Hempstead, NY 11550

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Stop N781
Philadelphia, PA 19114

| | |
|---|---|
| Dighton UTG Fund SPC obo Aggressive Portfolio<br>Admiral Financial Center<br>90 Fort Street<br>Grand Cayman, Cayman Islands | Dighton UTG Fund SPC obo Aggressive Portfolio<br>c/o Jeffrey D. Barclay<br>Schuyler, Roche & Crisham, P.C<br>One Prudential Plaza, Suite 3800<br>130 E Randolph Street<br>Chicago, IL  60601 |
| Discus Master Limited<br>c/o Phillippe Jordan<br>CFM International Inc.<br>405 Lexington Ave, 41st Floor<br>New York, NY 10174 | Discus Master Limited<br>c/o Paul, Weiss, Rifkind, Wharton, & Garrison LLP<br>Attn: Brian S. Hermann, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Discus Master Limited<br>c/o Katten Muchin Rosenman LLP<br>Attn: Arthur Hahn, Esq., Peter A. Siddiqui Esq.<br>525 W Monroe, Suite 1900<br>Chicago, IL 60661 | DiSomma, William J.<br>c/o Jump Trading LLC<br>600 W Chicago Ave., Suite 825<br>Chicago, IL 60661 |
| DJB Financials, LP<br>2900 McKinnon 305<br>Dallas, TX  75201 | E&R Discovery Fund Ltd.<br>c/o Simmons & Simmons<br>Attn: Marlon Portes<br>City Point<br>One Ropemaker St.<br>London EC2Y 9SS  United Kingdom |
| E&R Discovery Fund Ltd.<br>c/o SNR Denton<br>Attn: Robert B. Millner<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404 | E&R Limited<br>c/o Simmons & Simmons<br>Attn: Marlon Portes<br>City Point<br>One Ropemaker St.<br>London EC2Y 9SS  United Kingdom |
| E&R Limited<br>c/o SNR Denton<br>Attn: Robert B. Millner<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404 | Elk EURO Fund Ltd.<br>c/o Simmons & Simmons<br>Attn: Marlon Portes<br>City Point<br>One Ropemaker St.<br>London EC2Y 9SS  United Kingdom |

Elk EURO Fund Ltd.
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Global Mkts Class E
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Global Mkts Class E
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Global Mkts XL Euro Class D
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Global Mkts XL Euro Class D
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Global Mkts XXL Euro Class C
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Global Mkts XXL Euro Class C
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Global Mkts XXL II Euro Sub-Fund Class M
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Global Mkts XXL II Euro Sub-Fund Class M
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Umbrella Fund Class J
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Umbrella Fund Class J
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

ER Umbrella Fund Class K
c/o Simmons & Simmons
Attn: Marlon Portes
City Point
One Ropemaker St.
London EC2Y 9SS  United Kingdom

ER Umbrella Fund Class K
c/o SNR Denton
Attn: Robert B. Millner
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404

Fall River Capital LLC
c/o Godfrey & Kahn S.C.
Attn: Jennifer Herzog
780 North Water ST
Milwaukee, WI 53202

Farr Financial, Inc., Forex Account
1073 S. Winchester Blvd
San Jose, CA 95128

Farr Financial, Inc.
c/o Howard J. Stein
70 W. Madison St., Suite 2100
Chicago, IL 60602

Farr Financial, Inc., House Account
1073 S. Winchester Blvd
San Jose, CA 95128  3

Farr, Omid
c/o Farr Financial, Inc.
1073 S. Winchester Blvd
San Jose, CA 95128

FC Stone, L.L.C.
c/o Foley & Lardner LLP
Attn: Stephen P. Bedell, Jill L. Murch
321 N. Clark St., Suite 2800
Chicago, IL 60610

Finer, Lawrence B. & Stanley Z.
2100 N Racine Ave. #2G
Chicago, IL 60614

ABN AMRO Clearing Chicago LLC
(formally known as Fortis Clearing Americas, LLC)
c/o Foley & Lardner LLP
Attn: Stephen P. Bedell, Jill L. Murch
321 N. Clark St., Suite 2800
Chicago, IL 60610

Gain Capital Group, LLC
550 Hills Dr, Suite 210
Bedminster, NJ 07921

Gay, Mark
806 Old Stage Road
Salinas, CA 93908

Golden Hedge Ltd.
Attn: Andreas Koettner (Sole Owner)
Feldweg 1
6425 Haiming
Austria

Gross, Donald J.
474 Fulton Ave
Hempstead, NY 11550

Hain Capital Holdings Ltd.
Attn: Ganna Liberchuk
301 Route 17, 6th Floor
Rutherford, NJ 07070

Income LSIII
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Infinity Investment Group
1073 S. Winchester Blvd
San Jose, CA 95128

IPGL Ltd. (as Assignee of IFX Markets, Inc.)
c/o K&L Gates LLP
Attn: Robert V. Shannon
70 W Madison St., Suite 3100
Chicago, IL 60602-4207

Ira Bodenstein
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654

Iowa Grain Company
Attn: Daniel J. Harty (General Counsel)
141 W. Jackson Blvd., Suite 1520A
Chicago, IL 60604

Iowa Grain Company
c/o Geoffrey S. Goodman
Foley & Lardner LLP
321 N. Clark St., Suite 2800
Chicago, IL 60654-5313

JEM Commodity Relative Value Fund L.P.
c/o J.E. Moody & Company LLC
Attn: John E. Moody
245 SW Birds Hill Road
Portland, Oregon 97219

Jump Trading, LLC
c/o Katten Muchin Rosenman LLP
Attn: Peter siddiqui
525 W Monroe, Suite 1900
Chicago, IL 60661

Knight, Judith Shatkin
815 Grove St
Glencoe, IL 60022

Kottke Associates, LLC Customer Segregated
Funds
141 W. Jackson Blvd., Suite 1220
Chicago, IL 60604

Kottke Associates, LLC
c/o David A. Genelly
Vanasco Genelly & Miller
33 N. LaSalle St., Suite 2200
Chicago, IL 60602

Lake Shore Alt Fin Asset Fund IV Ltd - Class
E
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Asset Ltd - Income
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Asset Ltd - Operating
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Asset Ltd - Trading
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Asset Ltd - Trading 2
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Fund IV Ltd - Income
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Fund IV Ltd - Operating
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alt Financial Fund IV Ltd - Trading
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alternative Asset Account II
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alternative Financial Asset Ltd - Operating
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lake Shore Alternative Financial Asset Ltd II
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Lattice Partners Portfolio, LP
1 Embarcadero Center, Suite 2350
San Francisco, Cal 94111

LBS Limited Partnership House Funds Account
141 W Jackson Blvd., Suite 2027
Chicago, IL 60604

Lee B. Stern 2004 Insurance Trust
141 W Jackson Blvd., Suite 2027
Chicago, IL 60604

Lee B. Stern Delta Trust
141 W. Jackson Blvd
Chicago, IL 60604

Lee B. Stern Epsilon Trust
141 W. Jackson Blvd
Chicago, IL 60604

Lee B. Stern Revocable Trust
141 W. Jackson Blvd, Ste. 2027
Chicago, IL 60604

LBS Limited Partnership &
Lee B. Stern Entities
c/o Sander L Essrman
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Leviathan Diversified Fund 1X
Attn: Mark Johnson
125 Arbuelo Way
Los Altos, CA 94022

Leviathan Diversified Fund 1X
c/o Edward C. Nowack
Schuyler, Roche & Crisham, P.C
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL 60601

Leviathan Diversified Fund 3XL
Attn: Mark Johnson
125 Arbuelo Way
Los Altos, CA 94022

Leviathan Diversified Fund 3XL
c/o Edward C. Nowack
Schuyler, Roche & Crisham, P.C
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL 60601

Market News International Inc.
40 Fulton St. 5th Floor,
New York, NY 10038

Neal Gerber & Eisenberg LLP
Attn: Scott Bakal/Thomas Wolford
Two North LaSalle Street
Chicago, IL 60602

Normandy Hill Master Fund, L.P.
c/o Normandy Hill Capital L.P.
Attn: Vivianne Hernandez
900 Third Avenue
New York, NY 10022

Octeg, LLC
Attn: Prair Pataramekin
141 W. Jackson Suite 210
Chicago, IL 60603

Operating LSIII
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

Oxbow LLC
Attn: Barbara J. Wilkerson
Managing Member
PO BOX 2080
Cody, WY 82414-2080

Party Giant, LLC
474 Fulton Avenue
Hempstead, NY 11550-4101

Penson Financial Futures, Inc.
c/o Drinker Biddle & Reath LLP
Attn: Timothy R. Casey
191 N Wacker Dr, Suite 3700
Chicago, IL 60606

Penson GHCO
c/o Drinker Biddle & Reath LLP
Attention: Timothy R. Casey
191 N Wacker Dr, Suite 3700
Chicago, IL 60606

Penson GHCO
Attention: Carl Gilmore
600 W Chicago Ave Suite 775
Chicago, IL 60610

Perelman, Stanley & Nancy
c/o Ganfer & Shore, LLP
360 Lexington Ave.
New York, NY 10017

Rand Financial Services, Inc.
c/o Foley & Lardner LLP
Attn: Stephen P. Bedell, Jill L. Murch
321 N. Clark ST, Suite 2800
Chicago, IL 60610

Ravinia Investors L.L.C.
c/o Tom Stone
P.O. Box 5370
Vernon Hills, IL 60061-5370

Ravinia Investors L.L.C. Employees Profit
Sharing Plan
c/o Tom Stone
P.O. Box 5370
Vernon Hills, IL 60061-5370

SCURAVI Investments, LLC
4480 Cedar Springs Rd
Burlington, Ontario Canada L7R 3X4

Sentinel Bank and Trust Ltd.
c/o Sven T. Nylen
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207

Peregrine Financial Group, Inc.
Rebecca J. Wing, Esq. - General Counsel
190 S. LaSalle Street 7th Floor
Chicago, IL 60603

Pring Corporation
c/o Kirk M. Owsley
15404 E Springfield Ave, Suite 200
Spokane Valley, WA 99037

Ravinia Investors L.L.C.
c/o Richard M Bendix Jr.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

Ravinia Investors L.L.C. Employees Profit
Sharing Plan
c/o Richard M Bendix Jr.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

Rotchford L. Barker Revocable Living Trust
PO BOX 2080
Cody, WY 82414

Sentinel Bank and Trust Ltd.
Attn: Larry Roberts
308 E. Bay ST
Nassau, NP, CB-12407
Bahamas

Sentinel U.S. Liquidity Fund
Attn: Larry Roberts
308 E. Bay ST
Nassau, NP, CB-12407
Bahamas

Sentinel U.S. Liquidity Fund
c/o Sven T. Nylen
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602-4207

Shatkin, Marlene
1418 Lake Shore Drive, Suite 18
Chicago, IL 60610

Stevens, Neal
150 Franklin St, 5th Fl
New York, NY 10013-2943

Stitle, Steven L.
210 Tall Trees Drive
Barrington, IL 60010

Stone Capital Group, Inc.
c/o Tom Stone
P.O. Box 5370
Vernon Hills, IL 60061-5370

Symms, Steve & Loretta
43527 Butler Place
Leesburg, VA 20176

The Bank of New York
c/o Mayer Brown LLP
Attn: Brian Trust, Esq
1675 Broadway
New York, NY 10019

Shatkin, Henry
141 W Jackson Blvd., Suite 300
Chicago, IL 60604

SMW Trading Company, Inc.
c/o Katten Muchin Rosenman LLP
Attn: Peter Siddiqui
525 W Monroe, Suite 1900
Chicago, IL 60661

Neal Stevens
c/o Edward C. Nowack
Schuyler, Roche & Crisham, P.C
One Prudential Plaza, Suite 3800
130 E Randolph Street
Chicago, IL  60601

Stone Capital Group, Inc.
c/o Richard M Bendix Jr.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois    606063

Stonehill Institutional Partners, L.P.
Attn: Thomas Varkey
885 Third Avenue, 30th Floor
New York, NY 10022

The Bank of New York
Attn: Stephen C. Brennan
One Wall Street, 11th Floor
New York, NY 10286

The H.S.S. Foundation
141 W. Jackson Blvd., Suite 300
Chicago, IL 60604

Topaz Multi-Manager Fund, Ltd.
Attn: Claudia Woerheide, Liquidator
11 S. LaSalle Street Suite 1730
Chicago, IL 60603

Trading LSIII
c/o Robb Evans & Associates LLC
(Temporary Equity Receiver)
11450 Sheldon ST,
Sun Valley, CA 91352-1121

TransAct Futures - Customer Seg Funds
141 W Jackson Blvd., Ste. 240A
Chicago, IL 60604

Transcontinental Fund Administration, Ltd.
11 S LaSalle St., Suite 1730
Chicago, IL 60603

Velocity Futures, L.P.
Attn: Jack E Earnest
1220 Augusta, Suite 600
Houston, TX 77057

Velocity Futures, L.P.
c/o Foley & Lardner LLP
Attn: William J. McKenna, Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

Vision Financial Markets LLC
Attn: David Stein
4 High Ridge Park, Suite 100
Stamford, CT 06905

Societe Generale, New York Branch
c/o Hughes Hubbard & Reed LLP
Attn: Richard Stern, Esq.
One Battery Park Plaza
New York, NY 10004

Societe Generale, New York Branch
Attn: Robert Taplett
1221 Avenue of the Americas
New York, NY 10020

Crossland LLC
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

Peregrine Financial Group, Inc.
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

TradeMaven Clearing LLC
c/o Fisher & Phillips LLP
Attn: Peter James Gillespie
140 South Dearborn St., Suite 1000
Chicago, IL 60603

Black River Finance LLC
c/o Sidley Austin LLP
Attn: Thomas K. Cauley, Jr
One South Dearborn
Chicago, Illinois 60603

Dynamic Allocation CTA Fund, LLC
c/o CSC-Lawyers Incorporating Service
Company (Registered Agent)
7 Saint Paul St., Suite 1660
Baltimore, MD 21202-1626

Dynamic Allocation CTA Fund LLC
c/o Kaplan Silverman LLC
Attn: Arnold Gary Kaplan
20 North Clark Street, Suite 1725
Chicago, IL 60602

Dynamic Allocation CTA Fund LLC
c/o Lawrence & Fisher PLLC
Attn: Andrew Jon Lawrence
5335 Wisconsin Ave., NW, Suite 700
Washington, DC 20015

Dynamic Allocation CTA Fund LLC
c/o Edward X. Clinton , Jr.
Law Offices of Edward X. Clinton, P.C.
111 W. Washington St., Suite 1437
Chicago, IL 60602

FCT Group, LLC
c/o Baker & Mckenzie LLP
Attn: Richard M. Franklin
One Prudential Plaza
130 East Randolph Drive, Suite 3900
Chicago, IL 60601

MBF Clearing Corporation
Attn: Mark B. Fisher (CEO)
1 North End Avenue, Suite 1201
New York, NY 10282

MBF Clearing Corporation
c/ o Novack and Macey, LLP
Attn: Eric Neal Macey
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606

MBF Clearing Corporation
c/o Melvin A. Brosterman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

MF Global, Inc.
c/o Foley & Lardner LLP
Attn: Geoffrey S. Goodman
321 N. Clark St., Suite 2800
Chicago, IL 60610

Pring Corporation
c/o Paine Hamblen LLP
Attn: Gregg R. Smith
717 W. Sprague Avenue
Suite 1200
Spokane, WA 99201-3505

Pring Corporation
c/o John Conroy Martin
Law Offices of John C. Martin
30 North LaSalle Street, #3400
Chicago, IL 60602

UBS Securities, LLC
c/o Figliulo & Silverman
Attn: Michael K. Desmond
Ten South LaSalle Street, Suite 3600
Chicago, IL 60603

Xenon Partners LP
c/o Barack Ferrazzano Kirschbaum &
Nagelberg LLP
Attn: Kimberly J. Robinson
200 West Madison Street, Suite 3900
Chicago, IL 60606

David A. Wilford
WILFORD CONRAD LLP
Flint Creek Corporate View
760 W. Main Street, Suite 210
Barrington, Illinois 60010

William Smith
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006

Cohen & Company Securities LLC
c/o Duane Morris LLC
Attn: Frederick R. Ball
      Rachael George Pontikes
190 South LaSalle St., Suite 3700
Chicago, IL 60603

Cohen & Company Securities LLC
c/o Duane Morris LLP
Attn: Charles M. Hart
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003

Delores E. Rodriguez
c/o Kevin M. Flynn & Associates
Attn: Kevin Michael Flynn
77 West Wacker Drive, Suite 4800
Chicago, IL 60601-1664

The Bank of New York Mellon Corporation
The Bank of New York
c/o Mayer Brown LLP
Attn: Sean T Scott
71 South Wacker Drive
Chicago, IL 60606

Merril Hirsh
TROUTMAN SANDERS LLP
401 9th Street, N. W. Suite 1000
Washington, DC 20004

Keefe Bruyette & Woods Inc
c/o Sidley Austin LLP
Attn: Courtney Ann Rosen
      Scott R. Rauscher
One South Dearborn Street
Chicago, IL 60603

Cohen & Company Securities LLC
c/o Duane Morris LLP
Attn: Brian J. Slipakoff /Dana B Klinges
30 S. 17th Street, 9th Floor
Philadelphia, PA 19103

Jacques De Saint Phalle
c/o Martin, Brown, Sullivan, Roadman &
Harnett, Ltd.
Attn: Royal B. Martin/William Gibbs Sullivan
135 S. LaSalle Street, Suite 3200
Chicago, IL 60604

Barry C. Mohr, Jr.
c/o Patzik, Frank & Samotny Ltd.
Attn: Phillip Stewart Reed
      Andrew Szot
150 South Wacker Drive, Suite 1500
Chicago, IL 60606

The Bank of New York Mellon Corporation
The Bank of New York
c/o Dechert LLP
Attn: Hector Gonzalez
1095 Avenue of the Americas
New York, NY 10036

Bank of New York Mellon Corporation
c/o Mayer Brown LLP
Attn: Matthew D. Ingber
1675 Broadway
New York, NY 10019

Citadel Limited Partnership/Citadel Equity
Fund, Ltd./Citadel Investment Group, L.L.C.
c/o Winston & Strawn LLP
Attn: Stephen Jay Senderowitz
35 West Wacker Drive
Chicago, IL 60601-9703

McGladrey & Pullen, LLP
G. Victor Johnson
c/o Williams & Connolly LLP
Attn: Steven M. Pyser/William P. Ashworth
725 12th Street, NW
Washington, DC 20005

Altschuler Melvoin & Glasser, LLP
c/o Ropes & Gray LLP
Attn: Eva Ciko Carman
1211 Avenue of the Americas
New York, NY 10036

Stephen M. Folan
Jacques De Saint Phalle
FTN Financial Securities Corp.
c/o Wilmer Cutler Pickering Hale and Dorr
LLP
Attn: Craig Goldblatt/David Molot
1875 Pennsylvania Avenue, NW
Washington, DC 20006

FTN Financial Securities Corp.
Jacques De Saint Phalle
c/o Baker, Donelson, Bearman, Caldwell, &
Berkowitz, P.C.
Attn: Lori H. Patterson/Mark D. Griffin
165 Madison Ave., Suite 2000
Memphis, TN 38103

Goldman Sachs & Co.
c/o Kirkland & Ellis LLP
Attn: David Andrew Agay
    Alyssa A. Qualls
300 N. LaSalle
Chicago, IL 60654

McGladrey & Pullen, LLP/G.Victor Johnson
c/o McGuireWoods LLP
Attn: Michael Mario Schmahl
    Richard Joseph Mason
77 W. Wacker Drive, Suite 4400
Chicago, IL 60601-7567

Altschuler Melvoin & Glasser, LLP
c/o Ropes & Gray LLP
Attn: Jeffrey J. Bushofsky
111 S. Wacker Drive, 46th Floor
Chicago, IL 60606

Jacques De Saint Phalle
First Tennessee Bank N.A.
Stephen M. Folan
c/o Kirkland & Ellis LLP
Attn: Brian Douglas Sieve/Michael B Slade
300 North LaSalle Street
Chicago, IL 60654

Jacques De Saint Phalle
Stephen M. Folan
Baker, Donelson, Bearman, Caldwell, &
Berkowitz. P.C.
Attn: Kristine L. Roberts/Lori Patterson
165 Madison Ave., Suite 2000
Memphis, TN 38103

FTN Financial Securities Corp.
First Tennessee Bank N.A.
Stephen M. Folan
c/o Wilmer Cutler Pickering Hale And Dorr
Llp
Attn:John Valentine/ Jeannie S. Rhee
1875 Pennsylvania Avenue Nw
Washington, DC 20006

15

Stepehn M. Folan
c/o Van Winkle, Buck, Wall, Starnes & Davis, P.A.
Attn: Robert Mays
11 N. Market St.
Asheville, NC 28801

William DiSomma
Jump Trading
600 W Chicago Av #825
Chicago, IL 60610

John Moody
c/o J.E. Moody & Company LLC
245 SW Birds Hill Road
Portland, Oregon 97219

Michael Doherty
125 S Wacker, Suite 2000
Chicago, IL 60606

Carmen Soldato
Kottke Associates LLC
141 W Jackson Suite 1220
Chicago, IL 60604

Philippe Jordan
Discus Master Ltd.
CraigMuir Chambers
PO Box 71
Road Town, Tortola
British Virgin Islands

Rotchford Barker
40 County Road 2AC
PO Box 2080
Cody, WY 82414

Vision Financial Markets LLC
4 High Ridge Park, Suite 100
Stamford, CT 06905

Timothy Currie
BC Capital Fund A, LLC
2813 Northwood Circle
Corning, NY 14830