IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) | |
| | ) | Case No. 08 CV 6587 |
| Plaintiff, | ) | |
| v. | ) | |
| **STEPHEN M. FOLAN, JACQUES DE SAINT PHALLE**, **FTN FINANCIAL SECURITIES CORP.**, and **FIRST TENNESSEE BANK N.A.**, | ) ) ) ) | Honorable James B. Zagel |
| | ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 8, 2011 at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his stead, and then and there present the attached **Joint Motion for Finding of Good Faith Settlement and For a Contribution Bar**, at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE** that the relief sought herein includes a Contribution Bar Order and a finding that a settlement was entered into in good faith and that the Contribution Bar Order and/or the good faith finding may affect the rights of persons receiving this Notice. All such persons who object to any of the provisions of the proposed Order attached hereto as Exhibit A are invited to appear in person or through counsel at the above-referenced place and time to be heard by the Court.

Dated: November 2, 2011                    Respectfully submitted,

    */s/ Jeffrey S. Eberhard*
J. Kevin McCall (ARDC # 03125685)
Chris C. Gair (ARDC # 6190781)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
jmccall@jenner.com
cgair@jenner.com
jeberhard@jenner.com

*Attorneys for Frederick J. Grede*


    */s/ Scott R. Rauscher*
Scott R. Rauscher (ARDC # 6287162)
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
srauscher@sidley.com

*Attorneys for Keefe, Bruyette & Woods, Inc.*

    */s/ Kevin M. Flynn*
Kevin M. Flynn (ARDC # 3121727)
KEVIN M. FLYNN & ASSOCIATES
77 West Wacker Drive, Suite 4800
Chicago, Illinois 60601
Telephone: (312) 456-0240
Kevin@kmflynnlaw.com

*Attorneys for Dolores E. Rodriguez*


    */s/ William G. Sullivan*
William G. Sullivan (ARDC # 2773538)
Martin Brown Sullivan Roadman & Hartnett, Ltd.
135 S. LaSalle Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 360-5000
sullivan@mbslaw.com

*Attorneys for Jacques De Saint Phalle*

  */s/ Phillip S. Reed*
Phillip S. Reed (ARDC # 6188253)
Patzik, Frank & Samotny Ltd.
150 South Wacker Drive, Suite 1500
Chicago, Illinois 60606
Telephone: (312) 551-8300
preed@pfs-law.com

*Attorneys for Barry C. Mohr, Jr.*